

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2022

No. 04-22-00396-CR

Juan **DE LOS SANTOS-SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0415
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On June 28, 2022, the trial court granted Ms. Monica E. Guerrero's motion to withdraw as counsel on appeal. On June 29, 2022, appellant filed in this court a pro se Motion for Appointment of Counsel on Appeal. The trial court has appointed Ms. Nancy Knox Bierman as appellant's appellate counsel. Therefore, we DENY appellant's Motion for Appointment of Counsel on Appeal as moot.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court